**Donald D. duBoulay**
  Attorney at Law

305 Broadway, Suite 602
New York, NY 10007

Telephone: (212) 966-3970
Fax:     (212) 941-7108
E-mail:  dondubesq@aol.com

April 20, 2020

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED:    4/22/20           │
└─────────────────────────────────┘
```

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Victoria Palma- Brea
    20 Cr. 199 (KMW)

Dear Judge Wood:

    I represent Ms. Palma-Brea in the above referenced matter. I write to respectfully request *Granted* a modification in Ms. Palma-Brea's bail condition to allow her to move from her current residence to a larger residence located at 555 Ft. Washington Ave. New York, New York 10033. Such a move will accommodate her residing with her mother and two children. Ms. Palma-Brea was released on a personal recognizance bond on February 14, 2020.

    I have consulted with the government and pre-trial officer and neither object to this application.

                Respectfully submitted,
                /s/

                Donald duBoulay

cc: Branden Harper, Esq, AUSA
    Marlon Ovalles, PTO

                                4/22/20
                      Kimba M. Wood
                         SO ORDERED