**Donald D. duBoulay**
Attorney at Law

305 Broadway, Suite 602
New York, NY 10007

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:    dondubesq@aol.com

June 19, 2020

<table>
<tr><td>USDC SDNY</td></tr>
<tr><td>DOCUMENT</td></tr>
<tr><td>ELECTRONICALLY FILED</td></tr>
<tr><td>DOC #:</td></tr>
<tr><td>DATE FILED: 6|19|20</td></tr>
</table>

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Victoria Palma- Brea
       20 Cr. 199 (KMW)

Dear Judge Wood:

        I represent Ms. Palma-Brea in the above referenced matter. I write with the consent of the
Government and Pretrial officer to respectfully request a modification of Ms. Palma-Brea's bail
condition to expand her travel to the District of Pennsylvania and the District of New Jersey.   *Granted*

        Ms. Palma-Brea makes this request in order to visit her brother and his family in Wilkes
Barre, Pennsylvania along with her minor children. The drive to her brother's residence in
Wilkes-Barre, PA, necessitates her travel through the District of New Jersey.

        If permitted to travel Ms. Palma Brea would reside with her brother's family at 72 Mundy
St. Wilkes-Barre Pa 18702. The pretrial officer has the telephone number of her brother's
residence.

        As stated above, I have consulted with the government and pre-trial officer and neither
object to this application.

                                                    Respectfully submitted,
                                                    /s/

                                                    Donald duBoulay

cc: Kedar Bhatia, Esq, AUSA
     Branden Harper, Esq, AUSA
     Marlon Ovalles, PTO

                                                    Kimba M. Wood        6/17/20
                                                    _____
                                                              SO ORDERED