**Donald D. duBoulay**
Attorney at Law

Telephone: (212) 966-3970
Fax:           (212) 941-7108
E-mail:    dondubesq@aol.com

305 Broadway, Suite 602
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/20

December 1, 2020

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Victoria Palma-Brea
     20 Cr. 199 (KMW)

Dear Judge Wood:

    I write on behalf of Ms. Palma-Brea in the above referenced matter. Ms. Palma-Brea respectfully request a modification of her bail conditions as follows. Ms. Palma has an opportunity to obtain immediate employment at the American Eagle apparel clothing factory in Hazelton, Pennsylvania. In order to lessen her commute to and from work, Ms. Palma-Brea requests permission to temporarily reside at her brother's residence in Wilkes-Barre Pennsylvania on the days she has work at the factory. On her days off Ms. Palma-Brea will continue to reside at her current residence in New York city with her children. The court has previously authorized Ms. Palma's travel through New jersey to Pennsylvania.

} Granted
KMW

Pre-trial officer Ovalles consents to this application. Inquiry in this regard has been made to the Government and the defense has not as of yet received a response.

                      Respectfully submitted,
                      /s/
                      Donald duBoulay

cc: Branden Harper, AUSA
    Kedar Bhatia, AUSA
    Marlon Ovalles, PTO

SO ORDERED: N.Y., N.Y. 12/2/20

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.