**Donald D. duBoulay**
Attorney at Law

305 Broadway, Suite 602
New York, NY 10007

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:    dondubesq@aol.com

August 9, 2021

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Victoria Palma- Brea
    20 Cr. 199 (KMW)

Dear Judge Wood:

    I represent Ms. Palma-Brea in the above referenced matter. I write with the consent of the Government and Pretrial officer to respectfully request a modification of Ms. Palma-Brea's bail condition to allow her to travel to Davenport, Florida by automobile, on August 18, 2021 and return to the SDNY on August 23, 2021. If the travel is permitted, Ms. Palma-Brea would stay with her family at 528 Knightsbridge Cir.

*Granted KMW*

Ms. Palma-Brea makes this request in order to pick up her nephew and accompany him back to New York.

    As stated above, I have consulted with the government and pre-trial officer and neither object to this application.

                                               Respectfully submitted,
                                               /s/

                                               Donald duBoulay

cc: Kedar Bhatia, Esq, AUSA
    Branden Harper, Esq, AUSA
    Evelyn Alayero, PTO

SO ORDERED:   N.Y., N.Y.   8/10/21

_____
                KIMBA M. WOOD
                    U.S.D.J.