UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

VICTORIA PALMA-BREA,

                     Defendant.
-------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/22
```

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for May 17, 2022, is adjourned to June 1, 2022, at 12:00 p.m., as an in-person proceeding. Defendant's submission is due by May 18, 2022.

Government submission is due by May 25, 2022.

    SO ORDERED.

Dated: New York, New York
        April 25, 2022

                                               /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE