UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

VICTORIA PALMA BREA,

                 Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for June 1, 2022, is adjourned to June 15, 2022, at 1:00 p.m.

    SO ORDERED.

Dated: New York, New York
         May 31, 2022

                                             */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE