**` Donald D. duBoulay**

Attorney at Law

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:   dondubesq@aol.com

305 ~~Broadway, Suite 602~~
New ~~York, NY 10~~007

| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/18/22 |

July 15, 2022

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Victoria Palma Brea
20 Cr. 199 (KMW)

Dear Judge Wood:

I represent Ms. Palma-Brea in the above referenced matter. On June
15, 2022, the Court sentenced Ms. Palma-Brea to an 18-month prison term
with a voluntary surrender date of August 15, 2022. I write to respectfully
request that a postponement of Ms. Palma-Brea's surrender date to the
Bureau of Prisons, to begin her sentence to January 2023.        *Granted*

Ms. Palma-Brea was pregnant at the time of her sentencing, and on
July 5, 2022, upon discovering that she had an ectopic pregnancy, underwent
a surgical procedure to rectify the ectopic pregnancy. If the court wishes, the
medical discharge information sheet can be provided. Ms. Palma-Brea is
recovering well, but her limited in her movement.

However the primary reason for this request, is that Ms. Palma-Brea's
two 11year old children currently residing with Ms. Palma-Brea and her
mother will soon be moving with their grandmother (with whom they will be
residing during Palma-Brea's absence), to a different address. This will entail
organizing the transition from the children's present school to registering the
children in another school in the neighborhood of the new residence for the
start of the school year in September. Ms. Palma-Brea respectfully requests a
delay in her surrender date so she can attend to this matter, and be present
for the first few months of her children's admission and adjustment to their
new school. She therefore respectfully requests that the court allow her to
surrender to Bureau of Prison custody in early January.

The Government does not object to this request.

*The defendant's surrender date is
adjourned to January 9, 2023.*

**SO ORDERED:**  N.Y., N.Y.  7/18/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.